MOTION TO EXTEND TIME

LUIS FRANCO DOB: 06/07/1978
ADDRESS:
210 DASHIELL SA,TEXAS 78203
COA CASE NO. 04-13-00906-CR
PD-0898-15
TR.CT. NO. 2013CR3379
BEXAR COUNTY

Date:
9-8-15
RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS OF TEXAS

TO WHOM IT MAY CONCERN,

I AM NEEDING A MOTION FOR EXTENSION PLEASE.WE ARE STILL CONTINUING TO WORK WITH OUR ATTORNEY ON PAYMENTS, DUE TO BEING IN THE HOSPITAL WE ARE CATCHING UP STILL AND I JUST STARTED WORKING AGAIN AFTER MY SITUATION IN THE HOSPTIAL AND GETTING BACK ON MY FEET. MY SPOUSE HAS BEEN SUPPORTING ME AND HAS BEEN DOING THIS ALL ON HER OWN WE JUST NEED MORE TIME PLEASE TO GET BACK ON OUR FEET AND PAY THE LAWYER TO DO THE PETITION, BUT WE NEED TO PAY THE LAWYER OFF FIRST WHICH WE ARE ALMOST THERE. PLEASE IF I CAN GET THE EXTENSION AND GET WITH MY LAWYER REGARDING THE PETITION I WOULD GREATLY APPRECIATE IT. IF ANY QUESITONS PLEASE CALL ME 210-461-3155

ATTORNEY: MICHAEL GROSS

LUIS FRANCO
X _Luis Franco_

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk